## DEXTER *versus* FIELD *and trustees.*

If mortgagees of personal property, when summoned as trustees to the mort-
gager, would rely upon a foreclosure of the mortgage, they must, in the dis-
closure, show what were the conditions of the mortgage, and state that
a foreclosure had occurred.

HOWARD, J. orally. — This case is upon exceptions, which
relate only to the liability of the trustees.

The disclosure shows a mortgage of goods made to the
trustees by the defendant in Sept. 1848. The trustee writ
was served on them in Nov. 1848, more than sixty days after
the mortgage was given. On an examination made after Nov.
1848, there was in the trustees' hands a balance of forty or fifty
dollars, the avails of the mortgaged property, over the amount
for which the mortgage was collateral. The counsel for the
trustees contend the mortgage had been foreclosed before the
service of the trustee writ. But the disclosure itself does not
show what were the conditions of the mortgage, nor does it
state that a foreclosure had been had, or any measures taken
to effect one. They have not discharged themselves.